UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :   **INFORMATION**

   - v. -                         :
                                      19 Cr. ___ (___)
MALICK KEITA,                     :

              Defendant.          :

- - - - - - - - - - - - - - - - - X

19 CRIM 447

US SDNY DOCUMENT ELECTRONICALLY FILED DOC # DATE FILED: JUN 14 2019

**COUNT ONE**

(Bank Fraud Conspiracy)

The United States Attorney charges:

1.  From at least in or about September 2017 up to and including at least in or about February 2018, in the Southern District of New York and elsewhere, MALICK KEITA, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2.  It was a part and an object of the conspiracy that MALICK KEITA, the defendant, and others known and unknown, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other



property owned by, and under the custody and control of such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

### FORFEITURE ALLEGATION

3.   As a result of committing the offense alleged in Count One of this Information, MALICK KEITA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property, constituting, or derived from proceeds obtained directly or indirectly as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

4.   If any of the above-described forfeitable property, as

a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 982;
    Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

*[signature]*
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MALICK KEITA,

Defendant.

**INFORMATION**

19 Cr. ___ (___)

(Title 18, United States Code, Section 1349)

GEOFFREY S. BERMAN
United States Attorney.

6/14/19 Waiver of Indictment filed.
Cote, USDJ