



November 12, 2019

**By ECF**
Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***United States v. Malick Keita***
      **19 Cr. 447 (DLC)**

Dear Judge Cote:

On October 4, 2019, the Court sentenced Malick Keita to 15 months' imprisonment, following his conviction by plea to conspiracy to commit bank fraud in violation of 18 U.S.C. § 1344. The Court directed Mr. Keita to surrender to his designated facility on November 15, 2019.

As of today, the Bureau of Prisons has not yet designated a facility for Mr. Keita to surrender to. If Mr. Keita is required instead to surrender to the marshals on November 15, it is my experience that he will be shuttled all over the country among various institutions, without being able to contact his family, before finally arriving at his designated facility. Since he is not responsible for this delay, I respectfully request the Court to extend Mr. Keita's surrender date by one week or 10 days to allow the Bureau of Prisons to complete its designation process.

I have discussed this request with the government, which consents. Thank you for your consideration.

Respectfully Submitted,

/s/

Florian Miedel
*Attorney for Malick Keita*

cc:   AUSA Daniel Wolf (by email)