UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19cr447-1 (DLC)
                                          :
            -v-                           :    ORDER
                                          :
MALICK KEITA,                             :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    It is hereby

    ORDERED that C.J.A. attorney Florian Miedel is reappointed to represent the defendant Malick Keita for the violation of supervised release in this action.

Dated:    New York, New York
          October 4, 2021

                                              _____
                                                  DENISE COTE
                                       United States District Judge