```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    19cr447-1 (DLC)
                                     :
           -v-                       :        ORDER
                                     :
MALICK KEITA,                        :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the October 7, 2021 conference, it is hereby

ORDERED that the defendant's special conditions of supervised release are modified to include home confinement enforced by radio frequency monitoring as directed by his Probation Officer.

Dated:   New York, New York
         October 7, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge