```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     19cr447-1 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
MALICK KEITA,                            :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the hearing regarding specifications of violation of supervised release in this matter is rescheduled to **November 19, 2021** at **11:00 AM** in Courtroom 18B, 500 Pearl Street. In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

   https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear a mask that covers their nose and mouth in the

courthouses.  Bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that by **November 11, 2021,** defense counsel must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

Dated:   New York, New York
         October 29, 2021

                                         _____
                                                  DENISE COTE
                                         United States District Judge