

Miedel & Mysliwiec LLP

December 21, 2021

**By ECF**
Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                                Re:    ***United States v. Malick Keita***
                                          19 Cr. 447 (DLC)

Dear Judge Cote:

      The next conference in this VOSR matter is scheduled for January 7, 2022, at 1pm. The matter had originally been scheduled for 2:30 p.m., but was recently changed by the Court due to its trial schedule. Unfortunately, I have a sentencing in the Eastern District at noon, which will prevent me from being able to attend the conference at 1pm.

      Accordingly, with the consent of the government, I respectfully request the conference to be moved to the end of the day on January 7th, or to some time on January 12th or later. I am out of the state on January 10-11.

      Thank you for your consideration.

*[Handwritten: The conference is adjourned to 1/12/22 at 2:00 p.m. — Denise Cote 12/21/21]*

                                                  Respectfully Submitted,

                                                  /s/

                                                  Florian Miedel
                                                  *Attorney for Malick Keita*

cc:    AUSA Daniel Wolf (by email)