UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    19cr447-1 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
MALICK KEITA,                           :
                                        :
                Defendant.              :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the hearing regarding the specifications of violation of supervised release scheduled for January 12 is rescheduled to **January 13, 2022 at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          January 7, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge