```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :    19cr447-1 (DLC)
UNITED STATES OF AMERICA,            :
                                     :         ORDER
          -v-                        :
                                     :
MALICK KEITA,                        :
                                     :
               Defendant.            :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on May 13, 2022, it is hereby

    ORDERED that the defendant Malick Keita (D.O.B. 7/19/1997) is remanded to the custody of the United States Marshal's Service.

    SO ORDERED:

Dated:    New York, New York
           May 13, 2022

                                      _____
                                           DENISE COTE
                              United States District Judge